UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-492-H

METRO DISABILITY COALITION, INC., et al.                    PLAINTIFFS

V.

EMMA LOU, INC. d/b/a
BUTTERFLY GARDEN CAFÉ, et al.                               DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Metro Disability Coalition, Inc. ("Metro Disability") has moved for summary judgment against Defendant, Allgeier Brewing Company, Inc. ("Allgeier"), on the issue of its liability under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181-89. Allgeier did not respond, but only asked for a stay pending completion of discovery. Discovery is now complete and Allgeier has offered no defense to its liability, though presumably there remains a dispute as to the appropriate remedy.

Being in complete agreement with Metro Disability's motion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion of Metro Disability for summary judgment on the issue of liability under 42 U.S.C. § 12181-89 is SUSTAINED. A trial as to the appropriate relief remains scheduled for **June 18, 2007.**

cc:	Counsel of Record